**United States District Court**
For the Northern District of California

NOT FOR CITATION

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| YAHOO! INC., | NO. C 03-01944 JW |
| Plaintiff, | **FINAL DEFAULT JUDGMENT** |
| vs. | |
| VICTOR PLANTE; AINET.US, INC., | |
| Defendants. | |

Yahoo! Inc. filed this action against Victor Plante and AiNet.us, Inc. on May 6, 2002. The complaint alleges both federal and state violations. For the reasons stated in the Court's November 17, 2003 Order, the Court grants final judgment in favor of Yahoo! and against Victor Plante and AiNet.us, Inc. Damages awarded are as follows: (1) $999,350 in statutory damages, (2) $19,546.30 in attorney's fees, and (3) $447.56 in costs for a total award of $1,019,343.46.

Dated: November 19, 2003

/s/ James Ware
JAMES WARE
United States District Judge

03cv1944fj

**THIS IS TO CERTIFY THAT COPIES OF THIS ORDER HAVE BEEN DELIVERED TO:**

Sonnenschein Nath & Rosenthal
Gayle M Athanacio
685 Market Street, 6th Floor
San Francisco, CA 94105

Marc J. Zwillinger
1301 K Street, N.W.
Suite 600, East Tower
Washington, D.C. 20005

Victor R. Plante
AiNet.us, Inc.
711 Teaberry trial
Stroudsburg, PA 18360

**Dated:**                                              **Richard W. Wieking, Clerk**


                                                        **By:**_____

                                                            **Ronald L. Davis**
                                                            **Courtroom Deputy**